IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CANDACE LONG**                                                                                                    **PLAINTIFF**

vs.                                                   NO.  10-5238

**RORY VOHRWINKLE d/b/a**
**ROVO LAW FIRM**                                                                                       **DEFENDANT**

<u>CLERK'S ORDER OF DISMISSAL</u>

The plaintiff herein, having filed a Notice of Dismissal pursuant to Rule 41(a), Fed.R.Civ.P.,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

Dated: April 27, 2011

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

BY:  /s/ S. Cummings
Deputy Clerk